<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Philip Jensen, :
                          Petitioner :
                          :
             v. :
                          :
Pennsylvania Department of :
Corrections (Office of Open :
Records), :
                 Respondent : No. 317 C.D. 2023

**<u>PER CURIAM</u>** **<u>O R D E R</u>**

        NOW, May 6, 2024, upon consideration of Petitioner's application for reargument, the application is DENIED.